UNITED STATES DISTRICT COURT WESTERN DISTRICT

OF WASHINGTON

David Henry                                                        Plaintiff                    CASE NO:

                                                                                                           3:22-cv-05523-LK

VS.

Tacoma Police Department (City of Tacoma),        Defendants

Ron Komarovsky, Brynn Cellan

**Motion to Amend Complaint**

      Comes now, David Henry, as plaintiff in this case, and respectfully moves this court for leave to amend the complaint previously filed by the plaintiff in this case to read as the amended complaint, attached as amended complaint hereto and made a part hereof. As grounds for this motion, plaintiff acknowledges in naming one of the defendants incorrectly as Tacoma Police Department when he should have named the defendant the City of Tacoma. This motion is to correct that mistake as a misnomer and the Amended complaint shows this correction. Also, plaintiff states that since filing the complaint, new facts about the defendant's conduct have emerged, and plaintiff states that justice requires that this court allow this motion to amend.

                                                           Respectfully submitted,

                                                           _____,

                                                           David Henry

                                                           Plaintiff

## Certificate of Service

This is to certify that I, David Henry, the plaintiff and pro se litigant, have notified and served a true and correct copy of the above and foregoing **Motion to Amend Complaint** through E-mail on and U.S. mail to the counsel of the defendant at:

    Kimberly J. Cox

    747 Market Street, Room 1120

    Tacoma, WA  98402-3767

On this day the 28th of March, 2023.

Respectfully submitted,

_____

David Henry

Plaintiff