UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID HENRY,<br><br>      Plaintiff,<br><br>  v.<br><br>TACOMA POLICE DEPARTMENT et al.,<br><br>      Defendants. | CASE NO. 3:22-cv-05523-LK<br><br>ORDER GRANTING MOTION TO AMEND COMPLAINT |

  This motion comes before the Court on Plaintiff David Henry's Motion to Amend Complaint. Dkt. No. 58. Defendants do not oppose the motion. Dkt. No. 62 at 1. Nor is there any evidence of "bad faith, undue delay, prejudice to the opposing party, and/or futility." *Owens v. Kaiser Found. Health Plan, Inc.*, 244 F.3d 708, 712 (9th Cir. 2001) (internal quotation marks omitted) (quoting *Griggs v. Pace Am. Grp., Inc.*, 170 F.3d 877, 880 (9th Cir. 1999)). For those reasons, and because leave to amend should be "freely give[n] . . . when justice so requires," Fed. R. Civ. P. 15(a)(2), the Court GRANTS the motion to amend, Dkt. No. 58.

ORDER GRANTING MOTION TO AMEND COMPLAINT - 1

Mr. Henry shall electronically file a clean (i.e., without highlights or strike-through text) version of his Amended Complaint, Dkt. No. 58-1, in the docket as an "Amended Complaint" within 14 days of the date of this Order.

Dated this 12th day of April, 2023.

*Lauren King*

Lauren King
United States District Judge