*Pro Se 15 2016*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

_____

Henry, David G,

_____,

                            Plaintiff(s),

            v.

City of Tacoma,

Komarovsky, Ron,

Cellan, Brynn,                _____

_____

CASE NO. 3:22-cv-05523-LK
[to be filled in by Clerk's Office]

COMPLAINT FOR VIOLATION
OF CIVIL RIGHTS
(for use only by plaintiffs not in
custody)

Jury Trial: ☐ Yes  ☐ No

## I.   THE PARTIES TO THIS COMPLAINT

A.   Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

| | |
|---|---|
| Name | David Henry |
| Street Address | 605 Summercourt Dr. |
| City and County | Jonesboro, Clayton County |
| State and Zip Code | Georgia, 30236 |
| Telephone Number | 360-399-5442 |

*Pro Se 15 2016*

B.      Defendant(s)

   *Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

| | |
|---|---|
| Name | City of Tacoma |
| Job or Title *(if known)* | |
| Street Address | 747 Market St |
| City and County | Tacoma, Pierce County |
| State and Zip Code | Washington, 98402 |
| Telephone Number | 253-591-5100 |
| ☒  Individual capacity | ☐  Official capacity |

Defendant No. 2

| | |
|---|---|
| Name | Ron Komarovsky |
| Job or Title *(if known)* | Police Officer |
| Street Address | 3701 S. Pine St. |
| City and County | Tacoma, Pierce County |
| State and Zip Code | Washington, 98409 |
| Telephone Number | 253-591-5950 |
| ☒  Individual capacity | ☐  Official capacity |

Defendant No. 3

| | |
|---|---|
| Name | Brynn Cellan |
| Job or Title *(if known)* | Police Officer |
| Street Address | 3701 S. Pine St. |
| City and County | Tacoma, Pierce County |
| State and Zip Code | Washington, 98409 |
| Telephone Number | 253-591-5950 |
| ☒  Individual capacity | ☐  Official capacity |

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 2

*Pro Se 15 2016*

Defendant No. 4

Name _____

Job or Title *(if known)* _____

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

☐  Individual capacity      ☐  Official capacity

II.  **PREVIOUS LAWSUITS**

Have you brought any other lawsuits in any federal court in the United States:?

☐ No          ☐ Yes          If yes, how many? Click here to enter text..

Describe the lawsuit:

_____

_____

_____

_____

Parties to this previous lawsuit:

_____

_____

_____

_____

Plaintiff(s)

_____

_____

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 3

*Pro Se 15 2016*

1    _____

2    _____

3    Defendant(s)

4    _____

5    _____

6    _____

7    _____

8        (*If there is more than one previous lawsuit, describe the additional lawsuits on another
piece of paper using the same outline. Attach additional sheets, if necessary*)

9
     Court and name of district:

10   _____

11
     Docket Number: Click here to enter text.

12   Assigned Judge: Click here to enter text.

13   Disposition: (*For example, was the case dismissed as frivolous or for failure to state a

14   claim? Was it appealed? Is it still pending?*)

15
16   _____

17   _____

18   _____

     Approximate filing date of lawsuit: Click here to enter date.
19
     Approximate date of disposition: Click here to enter date.
20

**21**          **III.    BASIS FOR JURISDICTION**

22       Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any

*23*  rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens*

24

*Pro Se 15 2016*

*v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suite against *(check all that apply)*:

☐   Federal officials (a *Bivens* claim)

☒   State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Amendment XIV and Amendment IV of the U.S. Constitution.

_____

_____

_____

_____

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____

_____

_____

_____

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any      statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing

Pro Se 15 2016

under *Bivens*, explain how each defendant acted under color of federal law.  Attach

additional pages if needed.

Police officers Ron Komarovsky and Brynn Cellan arrested David Henry for driving

under the influence and suggested plaintiff perform roadside tests to ensure he was ok to

drive again. The plaintiff's vehicle had just been in a collision and was inoperable. The

plaintiff may have been suffering from a concussion and cooperated with both the

officer's requests with full trust of the officer's duties. Officer Komarovsky began to

question the plaintiff as a suspect in a crime. Officer Cellan supported Komarovsky and
racially profiled the plaintiff as being guilty of a crime. The two officers arrested the
plaintiff while under the employment of Tacoma police department and acting within their
scope of employment with the city of Tacoma and under the color of state law.

---

## IV.    STATEMENT OF CLAIM

*State as briefly as possible the facts of your case. Describe how each defendant was personally*
*involved in the alleged wrongful action, along with the dates and locations of all relevant events.*
*You may wish to include further details such as the names of other persons involved in the events*
*giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted,*
*number each claim and write a short and plain statement of each claim in a separate paragraph.*
*Attach additional pages if needed.*

Officer Ron Komarovsky began to question me after I had just been involved in a motor

vehicle accident. Ron Komarovsky suspected me of a crime due to racial profiling. He

asked if I had consumed alcohol or smoked marijuana before the incident, I told the

officer that I had not. He continued to question when the last time I had smoked

marijuana was and how much I had smoked, despite that I had not consumed any

marijuana within the last 24 hours. He omitted this information with a reckless disregard

for the truth to obtain a warrant for the withdrawal of my blood. He then had me perform

multiple roadside field sobriety tests without credence to the fact I had just been involved

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 6

Pro Se 15 2016

1   in a collision. I blew a .000 on the PBT to which Komarovsky promptly placed me under

2   arrest, forcibly withdrew my blood at the hospital without my consent, who then charged

3   me upwards of $5,000, and put me in jail for over 32 hours. Officer Komarovsky began to
     shake the plaintiff by the wrists with excessive force when they arrived at the jail.

4   Officer Brynn Cellan, when arriving at the scene immediately found me suspect of a crime

5   and can be heard saying:

     "Look at his face, He's high" on body cam footage provided by the police department.

6   Officer Brynn Cellan racially profiled me and assumed I was guilty of a crime and

7   assisted officer Komarovsky in placing me under arrest and forcibly withdrawing my

8   blood at the hospital.  Despite the wrongful conduct of the Officers, Tacoma has effectively
     defended and ratified their actions. Officers of Tacoma feel as if they will not be disciplined
     for any wrongdoing and Tacoma has given this allowance time and time again. City of
     Tacoma should be held liable for the continued employment of Officer Ron Komarovsky
     even after his involvement in the murder of Manuel Ellis in 2020 case no: 3:21-cv-05692-
     LK and other incidents of Komarovsky's behavior. The plaintiff was victim to Ron
     Komarovsky's racist motives and Komarovsky is still acting under the color of law today.
     Therefore, the city of Tacoma is liable for the violation of the plaintiff's civil rights and
     excessive force of Ron Komarovsky and Brynn Cellan.

9   _____

10  _____

11  A.   Where did the events giving rise to your claim(s) occur?

12       Tacoma, Washington at the intersection of 56th st and Oakes St.

13  _____

14  B.   What date and approximate time did the events giving rise to your claim(s) occur?

15       1/6/2021 at around 2:00 pm

16  C.   What are the facts underlying your claim(s)?  *(For example:  What happened to you?*

17       *Who did what?  Was anyone else involved?  Who else saw what happened?)*

18       I was in a car accident on 1/6/2021 when I was stopped at a red light at the intersection of

19       56th st. and Oakes st. I mistook the light turning green and crossed into traffic striking

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 7

20    another vehicle. Tina L. Blanks and Brian E. Woodard were in the other vehicle. No

21    injuries were apparent at the scene. A witness, Shane B. Woods, gave a false statement to

22    officer Ron Komarovsky. I have video evidence of the collision and all statements given

23    to and by the police. Shortly after the crash, Tacoma fire department arrived on the scene

24    shortly followed by Tacoma police department. Officer Ron Komarovsky was the first

officer to talk to me after speaking with Tacoma fire. Ron Komarovsky proceeded to ask for my driver's license and proof of insurance to which I complied. Komarovsky said that after checking my ID that we were done and that I would be on my way home and asked if anyone was able to pick me up. I said yes and he returned to his vehicle. When he returned from his vehicle to give me my ID and insurance back, he began to question me as if I was a suspect to a crime. I was cooperative and friendly and answered all questions truthfully. He asked if I had been drinking to which I said no. He asked if I had been smoking to which I said no. I told him I had purchased some marijuana legally at the store and I had not smoked for a few days. In the police report, officer Komarovsky stated that I "admitted" to going to the marijuana store. Going to the store to purchase a legal product is not an admittance of a crime. It is not illegal to buy marijuana in Washington and drive home with it, just as it is perfectly legal to buy alcohol at the store and drive home with it. The package was unopened. He kept asking me when I last smoked and how much? It is obvious that officer Ron Komarovsky did not care if I was actually sober or not, but whether my blood would have enough THC to give a positive result. He then requested I perform sobriety tests to ensure I was able to drive home. The car was totalled, but it had not occurred to me that this was an odd request as I was still in shock from the car accident. No signs of intoxication were seen on the HGN but officer Komarovsky saw it fit to determine my balance was indicative of intoxication after I had just been involved in a vehicular collision. Which is not a symptom of marijuana intoxication but for alcohol and the PBT gave a reading of .000 after my consent. Officer Brynn Cellan arrived shortly after and did not ask for any information regarding the incident from any of the people involved. Brynn Cellan then assisted Ron Komarovsky in my arrest and held me against the police car and continued in assisting when Ron

Pro Se 15 2016

Komarovsky took me to the hospital to withdraw my blood for evidence. The blood came back clean as I had no active THC or any drugs in my system and a carboxy level far below any significant measure. Officer Brynn Cellan parted ways with Ron Komarovsky after the hospital and Komarovsky then took me to jail where I was held against my will for over 32 hours. The case was dismissed with prejudice on December 17th, 2021, after numerous court proceedings. All of which I had to pay an attorney for and take time out of my schedule to appear for. Tina L. Blanks and Brian E. Woodard, also, attempted to sue me for a total of $134,000.00 on the basis that I was under the influence due to officer Komarovsky's and officer Cellan's actions. The hospital then sent me to collections for not paying the bill I was wrongly charged for, and my credit score has since been significantly impacted. All of this happened because officer Komarovsky and Cellan racially profiled me and charged me with a crime with no evidence and no probable cause.

## V.     INJURIES

*If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.*

I have suffered significant stress and trauma from all of this which I did not receive any treatment for. I have a fear of the police now and am unable to function in their presence. I may have been suffering from a concussion after the accident which was never addressed because I was thrown in jail.

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 10

*Pro Se 15 2016*

## VI.    RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.*

I want the court to demand that the Tacoma Police Department and it's employees, Ron Komarovsky and Brynn Cellan, pay damages to the cost of $600,000.00. This includes the amount of time that I was held in jail and the mandatory court dates which I value at a $2,000.00 per hour minimum. The cost of an attorney which was $2,500.00. The amounts that Tina L. Blanks and Brian E. Woodard sued me for of $134,000.00. The hospital bills which total $5,392.00. The negative impact on my credit score due to these circumstances, the loss of wages, and all other possible medical damages for my physical and mental health that I have suffered since the incident.

## VII.    CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*Pro Se 15 2016*

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          4/14/2023_____

Signature of Plaintiff     _____

Printed Name of Plaintiff   David Henry_____


Date of signing:          _____

Signature of Plaintiff     _____

Printed Name of Plaintiff   _____


Date of signing:          _____

Signature of Plaintiff     _____

Printed Name of Plaintiff   _____

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 12